**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MARY A. SMIGIELSKI, SB# 167829
  E-Mail: Mary.Smigielski@lewisbrisbois.com
550 West Adams Street, Suite 300
Chicago, Illinois 60661
Telephone: 312.345.1718
Facsimile: 312.345.1778

SHANE SINGH, SB# 202733
  E-Mail: Shane.Singh@lewisbrisbois.com
GRACE E. MEHTA, SB# 327676
  E-Mail: Grace.Mehta@lewisbrisbois.com
2020 West El Camino Avenue, Suite 700
Sacramento, California 95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant,
INSPIRE HEALTH ALLIANCE, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA MALONE, | Case No. 8:25-cv-00562-SSRM-DFM |
| Plaintiff, | **NOTICE OF APPEARANCE OF COUNSEL** |
| vs. | Judge: Serena R. Murillo |
| WALT DISNEY PARKS AND RESORTS U.S., INC., DOES 1 through 50, INSPIRE HEALTH ALLIANCE, LLC, DOES 51-100, inclusive, | |
| Defendants. | |

THE ABOVE-ENTITLED COURT AND ALL PARTIES HEREIN:

PLEASE TAKE NOTICE that an appearance is hereby entered in the above-entitled action on behalf of Defendant, INSPIRE HEALTH ALLIANCE, LLC. All Court and party notices and other papers directed to these Defendants shall also be served upon Shane Singh of Lewis Brisbois Bisgaard & Smith LLP, 2020 W El Camino Avenue, Suite 700, Sacramento, California 95833 Shane.Singh@lewisbrisbois.com.

By this notice, Defendant requests all parties and the court to include its counsel on their respective service lists for all future pleadings filed with or issued by the Court in this matter, including all electronically filed pleadings.

DATED: March 25, 2025                LEWIS BRISBOIS BISGAARD & SMITH LLP

By:  */s/ Shane Singh*
SHANE SINGH
Attorneys for Defendant, INSPIRE HEALTH ALLIANCE, LLC