UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRISHA MALONE,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WALT DISNEY PARKS AND RESORTS U.S., INC., DOES 1 through 50, INSPIRE HEALTH ALLIANCE, LLC, DOES 51-100 inclusive,<br><br>　　　　　　Defendants. | Case No. 8:25-cv-00562-SRM-DFM<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT WALT DISNEY PARKS AND RESORTS U.S., INC.'S MOTION TO DISMISS AND TO STRIKE CLASS ALLEGATIONS [ECF NO. # 17]** |

　　　　On March 21, 2025, plaintiff Trisha Malone's complaint was removed to this Court.  Plaintiff's complaint includes the following seven causes of action:  (1) breach of confidentiality under common law; (2) invasion of privacy under common law; (3) negligence under common law and in violation of California Civil Code § 1741; (4) violation of the Unruh Civil Rights Act; (5) violation of the California Confidentiality of Medical Information Act; (6) violation of California Business and Professions Code § 17200 et seq.; and (7) violation of the Consumer Legal Remedies Act ("CLRA").

　　　　On March 28, 2025, defendant Walt Disney Parks and Resorts U.S., Inc.

-1-

("WDPR") filed its Motion To Dismiss and To Strike Class Allegations ("Motion").

The Court, having considered WDPR's Motion and finding good cause therefor, hereby GRANTS the Motion and ORDERS as follows:

1. Plaintiff's complaint is dismissed in its entirety with prejudice against all defendants; and

2. Plaintiff's non-CLRA class claims are stricken.

**IT IS SO ORDERED.**

Dated: _____

HON. SERENA R. MURILLO
UNITED STATES DISTRICT JUDGE