# EXHIBIT 1

| | |
|---|---|
| **From:** | White, Jeremy |
| **To:** | Gavin P. Kassel |
| **Cc:** | Mehta, Grace; Scanlon, Kerry Alan; Dominique Alferez; Alejandrina Ruiz; French, Anne; Smigielski, Mary; Soto Garcia, Marjorie; Michele M. Vercoski; Yasmin N. Younessi; SB Office; Singh, Shane; Brandi Rodriguez; Beach, David |
| **Subject:** | RE: Trisha Malone v. Walt Disney Parks and Resorts U.S., Inc. et al. -- Request to meet and confer |
| **Date:** | Tuesday, April 29, 2025 1:00:16 PM |
| **Attachments:** | image003.png<br>image004.png<br>image005.png |

Gavin,

Based on the Court's recent scheduling order, the deadline for the parties to conduct the Rule 26(f) conference is not until July 3, 2025. We will propose some available days/times as we get closer to that date.

In light of the pending motion to dismiss and the fact that plaintiffs' amended complaint did not fix the pleading deficiencies, it is WDPR's position that it is a waste of time and resources for the parties to go through discovery for the next three months (particularly, in regard to any class claims) if the case is likely to be dismissed. Therefore, if you intend to proceed with discovery during this time period, we will have no choice but to file a motion to stay all discovery, and if that is the case, this email should serve as our request to meet and confer with plaintiffs on our anticipated motion to stay.

Regards,

Jeremy

JEREMY M. WHITE
Partner
**McDermott Will & Emery LLP**  The McDermott Building, 500 North Capitol Street, NW, Washington, DC 20001-1531
**Tel** +1 202 756 8694     **Mobile** +1 202 841 1947     **Email** jmwhite@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Gavin P. Kassel <gpk@mccunelawgroup.com>
**Sent:** Friday, April 25, 2025 8:15 PM
**To:** White, Jeremy <Jmwhite@mwe.com>; Singh, Shane <Shane.Singh@lewisbrisbois.com>; Brandi Rodriguez <bnr@mccunelawgroup.com>
**Cc:** Mehta, Grace <Grace.Mehta@lewisbrisbois.com>; Scanlon, Kerry Alan <Kscanlon@mwe.com>; Dominique Alferez <da@mccunelawgroup.com>; Alejandrina Ruiz <ar@mccunelawgroup.com>; French, Anne <Anne.French@lewisbrisbois.com>; Smigielski, Mary <Mary.Smigielski@lewisbrisbois.com>; Soto Garcia, Marjorie <mcsotogarcia@mwe.com>; Michele M. Vercoski <mmv@mccunelawgroup.com>; Yasmin N. Younessi <ynv@mccunelawgroup.com>; SB Office <SBoffice@mccunelawgroup.com>
**Subject:** Re: Trisha Malone v. Walt Disney Parks and Resorts U.S., Inc. et al. -- Request to meet and confer

**[ External Email ]**

Hi Jeremy and Shane:

I am circling back again to schedule a conference of counsel to have a Rule 26(f) discussion. Again, please advise your availabilities next week to confer.



# Gavin P. Kassel
### Attorney | Practice Area Leader
t: 909-557-1250 | f: 909-557-1275
gpk@mccunelawgroup.com | www.mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.

**From:** Gavin P. Kassel <gpk@mccunelawgroup.com>
**Sent:** Tuesday, April 22, 2025 12:14 PM
**To:** White, Jeremy <Jmwhite@mwe.com>; Singh, Shane <Shane.Singh@lewisbrisbois.com>; Brandi Rodriguez <bnr@mccunelawgroup.com>
**Cc:** Mehta, Grace <Grace.Mehta@lewisbrisbois.com>; Scanlon, Kerry Alan <Kscanlon@mwe.com>; Dominique Alferez <da@mccunelawgroup.com>; Alejandrina Ruiz <ar@mccunelawgroup.com>; French, Anne <Anne.French@lewisbrisbois.com>; Smigielski, Mary <Mary.Smigielski@lewisbrisbois.com>; Soto Garcia, Marjorie <mcsotogarcia@mwe.com>; Michele M. Vercoski <mmv@mccunelawgroup.com>; Yasmin N. Younessi <ynv@mccunelawgroup.com>; SB Office <SBoffice@mccunelawgroup.com>
**Subject:** Re: Trisha Malone v. Walt Disney Parks and Resorts U.S., Inc. et al. -- Request to meet and confer

Hi Jeremy and Shane,

Following the court continuing the hearing date of Disney and Inspired Health Alliance's motions to dismiss to July 24th, we request to hold our Rule 26(f) conference next week.

Kindly, please provide us proposed available dates and times next week to have this conference.



### Gavin P. Kassel
Attorney | Practice Area Leader
t: 909-557-1250 | f: 909-557-1275
gpk@mccunelawgroup.com | www.mccunelawgroup.com
18565 Jamboree Rd Ste 550, Irvine, CA, 92612

Confidentiality Notice: The information contained in this electronic e-mail and any accompanying attachments is intended only for the use of the intended recipient and is non-public in nature and may be confidential and/or privileged. If any reader of this communication is not the intended recipient, unauthorized use, disclosure, dissemination or copying is strictly prohibited, and may be unlawful. If you have received this communication in error, please immediately notify the sender by return e-mail, and delete the original message and all copies from your system and promptly destroy any copies made of this electronic message.